BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
 mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendant
Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPPE CHARTRAND,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 to 100,<br><br>    Defendants. | Case No. 2:09-CV-00184-JAM-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION TO FILE RESPONSIVE PLEADING** |

   Plaintiff Phillippe Chartrand and Defendant Hartford Life and Accident Insurance Company, by and through their respective counsel of record, hereby stipulate and agree that the time for Defendant to file a responsive pleading to Plaintiff's complaint shall be extended from February 12, 2009 to February 26, 2009.

   Said extension to plead was requested so that defense counsel could have time to review his client's file.

/ / /

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-0531-5843 v1

- 1 -

CASE NO. 2:09-CV-00184-JAM-EFB
STIPULATION AND ORDER FOR EXTENSION
TO FILE RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated: February 9, 2009              DAVID ALLEN & ASSOCIATES

By: `/s/ David Allen  [as authorized on February 9, 2009]`
David Allen
Attorneys for Plaintiff Phillippe Chartrand

Dated: February 12, 2009             Burke, Williams & Sorensen, LLP

By: `/s/ Michael B. Bernacchi`
Michael B. Bernacchi
Attorneys for Defendant Hartford Life and Accident Insurance Company

## **O R D E R**

IT IS HEREBY ORDERED that Defendant shall file a responsive pleading to Plaintiff's complaint on or before February 26, 2009.

Dated: 2/12/2009                     /s/ John A. Mendez

United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-0531-5843 v1                - 2 -                CASE NO. 2:09-CV-00184-JAM-EFB
STIPULATION AND ORDER FOR EXTENSION TO FILE RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com