BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700

Attorneys for Defendant
Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPPE CHARTRAND,<br><br>           Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 to 100,<br><br>           Defendants. | Case No. 2:09-CV-00184-JAM-EFB<br><br>**STIPULATION AND ORDER FOR ONE-DAY EXTENSION TO FILE REPLY RE: CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>**Due Date:  October 12, 2009**<br>**Requested Date:  October 13, 2009**<br><br>**Hearing on Cross Motions:**<br>**Date:  October 21, 2009**<br>**Time:   9:00 a.m.**<br><br>**Hon. John A. Mendez** |

Plaintiff Phillippe Chartrand and Defendant Hartford Life and Accident Insurance Company ("Hartford"), by and through their respective counsel of record, hereby stipulate and agree, subject to the Court's approval, that Defendant may have a one-day extension from the Court-imposed deadline to file its reply in support of its cross motion for summary judgment.  Good cause exists as follows:

On April 9, 2009, the Court issued a notice and order setting the following briefing schedule and hearing of the parties' cross motions for summary judgment:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4839-8544-0260 v1                     - 1 -                     CASE NO. 2:09-CV-00184-JAM-EFB
STIPULATION AND ORDER FOR ONE-DAY
EXTENSION TO FILE REPLY RE: CROSS MSJ

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiff's motion for summary judgment:  August 24, 2009;
2   Defendant's cross motion and opposition:  September 14, 2009;
3   Plaintiff's reply and opposition:  September 28, 2009;
4   Defendant's reply:  October 12, 2009; and
5   Hearing on the parties' cross motions:  October 21, 2009, 9:00 a.m.

The Court will be closed in observance of Columbus Day on October 12, 2009 – the day that the Court scheduled Defendant to file its reply brief.  Thus, Defendant's reply must be filed on October 9, 2009.  However, Defendant's counsel, Michael B. Bernacchi, has a full schedule on and before October 9, including the following:  (1) a business trip to Portland, Oregon on September 29 and 30, 2009; (2) preparation for and participation in a Ninth Circuit oral argument in Pasadena, California on October 6, 2009; and (3) preparation for and attendance at a hearing in the United States District Court for the Southern District of California, in San Diego, on October 9, 2009 (when the reply would otherwise be due).  Under these circumstances, Plaintiff has graciously agreed to the one-day extension from the Court's deadline for Defendant to file its reply.

The parties do not seek a continuance of the October 21, 2009 hearing date.

The parties stipulate and agree that Defendant Hartford shall have one additional day beyond the Court-scheduled October 12, 2009 deadline, that is, until October 13, 2009, to file its reply brief in support of its cross motion for summary judgment.

/ / /
/ / /
/ / /
/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4839-8544-0260 v1                                  - 2 -                CASE NO. 2:09-CV-00184-JAM-EFB
STIPULATION AND ORDER FOR ONE-DAY
EXTENSION TO FILE REPLY RE: CROSS MSJ

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated:  September 29, 2009          David Allen & Associates

By: */s/ David Allen*
     *[As authorized on September 29, 2009]*
     David Allen
     Attorneys for Plaintiff Phillippe Chartrand

Dated:  September 29, 2009          Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
     Michael B. Bernacchi
     Attorneys for Defendant Hartford Life and Accident Insurance Company

## **O R D E R**

Upon consideration of the parties' stipulation, IT IS HEREBY ORDERED that Defendant Hartford may have an extension to file its reply in support of its cross motion for summary judgment until October 13, 2009.

IT IS SO ORDERED.

Dated:  September 29, 2009          /s/ John A. Mendez
                                    United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4839-8544-0260 v1          - 3 -          CASE NO. 2:09-CV-00184-JAM-EFB
STIPULATION AND ORDER FOR ONE-DAY EXTENSION TO FILE REPLY RE: CROSS MSJ

PDF created with pdfFactory trial version www.pdffactory.com