UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPPE CHARTRAND,<br><br>               Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 to 100,<br><br>               Defendants. | Case No. 2:09-cv-00184 JAM-EFB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    This matter came before this Court on November 4, 2009 on the parties' cross motions for summary judgment.  Based on the parties' written briefs and oral argument of counsel, and for the reasons stated by the Court at the November 4, 2009 hearing, Plaintiff's motion for summary judgment is GRANTED.

      The parties have been unable to agree upon the appropriate remedy in this case and have submitted position papers to the Court (Docket #35, #36).  The Court has received, read and considered these position papers, and good cause appearing,

   IT IS ORDERED that this case be remanded back to defendant to allow its administrator to properly adjudicate plaintiff's claim.

1

1  Plaintiff is ordered to submit to defendant any and all
2  documentation which corroborates the one page chart prepared by
3  plaintiff's counsel (Docket #35, Exhibit 2) including W2's, 2008
4  tax return, and employer identification information (so defendant
5  may contact plaintiff's employers).
6        IT IS FURTHER ORDERED that defendant will have thirty (30)
7  days from the date plaintiff submits this corroborating information
8  to complete its investigation and issue payment in full to
9  plaintiff for all monies owed for the period from April 2008
10 through December 31, 2009.
11       IT IS SO ORDERED.
12 Dated:  December 22, 2009.
                                    _____
13                                  JOHN A. MENDEZ,
                                    UNITED STATES DISTRICT JUDGE